PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-MC-00199-WBS-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $1,537,494.74 SEIZED FROM CHASE BANK, and | |
| APPROXIMATELY $2,601.24 SEIZED FROM BANK OF AMERICA, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Ru Cong Ye ("claimant"), by and through their respective counsel, as follows:

1. On or about May 24, 2021, claimants filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection ("CBP") with respect to the Approximately $1,537,494.74 seized from Chase Bank and Approximately $2,601.24 seized from Bank of America (hereafter "defendant assets"), which were seized on August 3, 2020 and August 4, 2020.

2. CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was August 22, 2021.

4. By Stipulation and Order filed August 23, 2021, the parties stipulated to extend to September 21, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed September 22, 2021, the parties stipulated to extend to October 21, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to November 22, 2021.

Dated:  10/20/21                    PHILLIP A. TALBERT
                                    Acting United States Attorney

                            By:     /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant United States Attorney


Dated:  10/20/21                    /s/ Seth P. Chazin
                                    SETH P. CHAZIN
                                    Attorney for potential claimant
                                    Ru Cong Ye
                                    (Signature authorized by email)

1 **IT IS SO ORDERED**.

Dated:  October 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE