PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $1,537,494.74 SEIZED FROM CHASE BANK, and<br><br>APPROXIMATELY $2,601.24 SEIZED FROM BANK OF AMERICA,<br><br>Defendants. | 2:21-MC-00199-WBS-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Ru Cong Ye ("claimant"), by and through their respective counsel, as follows:

1. On or about May 24, 2021, claimants filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection ("CBP") with respect to the Approximately $1,537,494.74 seized from Chase Bank and Approximately $2,601.24 seized from Bank of America (hereafter "defendant funds"), which were seized on August 3, 2020 and August 4, 2020.

2. CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was August 22, 2021.

4. By Stipulation and Order filed August 23, 2021, the parties stipulated to extend to September 21, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed September 22, 2021, the parties stipulated to extend to October 21, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed October 21, 2021, the parties stipulated to extend to November 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed November 22, 2021, the parties stipulated to extend to December 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed December 27, 2021, the parties stipulated to extend to January 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. By Stipulation and Order filed January 18, 2022, the parties stipulated to extend to February 10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to

forfeiture.

10. By Stipulation and Order filed February 10, 2022, the parties stipulated to extend to March 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11. By Stipulation and Order filed March 11, 2022, the parties stipulated to extend to April 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12. By Stipulation and Order filed April 12, 2022, the parties stipulated to extend to May 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13. By Stipulation and Order filed May 11, 2022, the parties stipulated to extend to June 10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14. By Stipulation and Order filed June 14, 2022, the parties stipulated to extend to July 11, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///

Stipulation and Order to Extend Time

///

///

16. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to August 10, 2022.

Dated:  7/7/2022         PHILLIP A. TALBERT
                         United States Attorney

                  By:    /s/ Kevin C. Khasigian
                         KEVIN C. KHASIGIAN
                         Assistant U.S. Attorney

Dated:  7/7/2022         /s/ Seth P. Chazin
                         SETH P. CHAZIN
                         Attorney for potential claimant
                         Ru Cong Ye
                         (Signature authorized by phone)

**IT IS SO ORDERED**.

Dated:  July 8, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Extend Time