PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $1,537,494.74 SEIZED FROM CHASE BANK, and<br><br>APPROXIMATELY $2,601.24 SEIZED FROM BANK OF AMERICA,<br><br>  Defendants. | 2:21-MC-00199-WBS-JDP<br><br>NOTICE OF ELECTION |

NOTICE IS HEREBY GIVEN that the United States elected not to file a complaint for forfeiture against the defendant assets. Accordingly, this miscellaneous case may be closed.

Dated: 8/30/2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
     KEVIN C. KHASIGIAN
     Assistant U.S. Attorney